## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**NESTOR ALFARAS,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No: 5:16-cv-722-Oc-PGBPRL**

**FIFTH THIRD BANCORP**

      **Defendant.**

_____

### ORDER

In this consumer credit case, Plaintiff has filed a motion to substitute parties, and requests that he be given leave to file an Amended Complaint clarifying that FIFTH THIRD BANK rather than FIFTH THIRD BANCORP is the appropriate Defendant in this action.   (Doc. 7).   Plaintiff's requests are unopposed, and are due to be granted.

Meanwhile, Defendant has filed an Unopposed Motion for Extension of Time to Respond to Complaint.   (Doc. 12).   Defendant requests that it be granted at least five (5) days after the Court's entry of an Order regarding Plaintiff's request to substitute parties, and Defendant's request is unopposed.

Accordingly, upon due consideration, both motions (Docs. 7 & 12) are **GRANTED**. Plaintiff shall file his Amended Complaint with the Court's CM/ECF system, and the Clerk is directed to take all steps necessary to effectuate the substitution of parties.   Defendant shall have until February 24, 2017 to respond to the Complaint.

      **DONE** and **ORDERED** in Ocala, Florida on February 16, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties